UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. BRUZZONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-cv-01318 (APM) |
| ) | |
| NORTHERN DISTRICT OF ) | |
| CALIFORNIA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 15, the United States' Motion to Dismiss, ECF No. 7, is granted as to all claims by Relator. This action is hereby dismissed with prejudice to Relator and without prejudice to the United States.

This is a final, appealable order.

Dated: February 14, 2025

Amit P. Mehta
United States District Court Judge